**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-2001**

───────────

VERNELL WILLIAMS,

    Plaintiff - Appellant,

        v.

DEPARTMENT OF THE ARMY, Agency; RENEE STRAUGHN, Army Official Capacity; LISA SHOLAR, Army Official Capacity; CHRISTINE WORMUTH,

    Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:20-cv-00281-DJN)

───────────

Submitted:  March 16, 2023                    Decided:  March 20, 2023

───────────

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Vernell Williams, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernell Williams appeals the district court's order dismissing his second amended complaint with prejudice for failure to comply with a court order, pursuant to Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Simpson v. Welch*, 900 F.2d 33, 35-36 (4th Cir. 1990). Upon review, we discern no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court in its Rule 41(b) analysis. *Williams v. Dep't of the Army*, No. 3:20-cv-00281-DJN (E.D. Va. Aug. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*